```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION
```

NESSIE LUDLOW,                    §
                                  §
          Plaintiff,              §
                                  §
v.                                § CIVIL ACTION NO. H-04-1983
                                  §
ST. LUKE'S HOSPITAL,              §
                                  §
          Defendant.              §

**<u>VERDICT FORM</u>**

**Question No. 1:**

Do you find that St. Luke's terminated Nessie Ludlow's employment because she opposed a discriminatory practice?

Answer "yes" or "no":
_____NC_____

**Question No. 2:**

What amount of money, if any, if paid now in cash, do you find would fairly and reasonably compensate Nessie Ludlow for her damages, if any, suffered because St. Luke's terminated her in retaliation for having opposed a discriminatory practice? Consider the following elements of damages, if any, and none other: Past mental anguish.

Answer in dollars and cents, if any:

$ _____0_____

_9-27-06_
Date

_____
Foreperson

\H-04-1983              -2-